Howard Rutten (State Bar No. 164820)
Guillermo Navarro Galindo (State Bar No. 332931)
**The Rutten Law Firm, APC**
21860 Burbank Blvd., Suite 340
Woodland Hills, CA 91367
Telephone: (818) 308-6915
E-mail:  howard@ruttenlawfirm.com
E-mail:  guillermo@ruttenlawfirm.com

Attorneys for Plaintiff
TASSY RUEWELER


MCGUIREWOODS LLP
Sabrina A. Beldner (SBN 221918)
Adam T. Simons (admitted *pro hac vice*)
Email: sbeldner@mcguirewoods.com
1800 Century Park East, 7th Floor
Los Angeles, CA  90067-1501
Telephone: 310.315.8200
Facsimile: 310.315.8210

Attorneys for Defendant
GENPACT, LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TASSY RUEWELER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>GENPACT, LLC., a New York Limited Liability Company<br><br>Defendants. | CASE NO.  2:25-cv-01072-PA-AGR<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(A)(II); [PROPOSED] ORDER** |

      Plaintiff TASSY RUEWELER ("Plaintiff") and Defendant GENPACT, LLC ("Defendant") (collectively, "the Parties") hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) to dismiss this entire action with prejudice, with each party to bear its own attorneys' fees and costs. This stipulation for dismissal is conditioned on the

Court retaining jurisdiction only to the extent necessary to enforce the written settlement agreement executed by the Parties.

Respectfully Submitted,

Dated:  July 1, 2025                          THE RUTTEN LAW FIRM, APC

By: _____
Howard Rutten
Guillermo Navarro Galindo
Attorneys for Plaintiff
TASSY RUEWELER

Dated:  July 1, 2025                          MCGUIREWOODS LLP

By: _____
Sabrina A. Beldner
Adam T. Simons
Attorneys for Defendant
GENPACT, LLC