**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TASSY RUEWELER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>GENPACT, LLC., a New York Limited Liability Company<br><br>Defendants. | CASE NO.  2:25-cv-01072-PA-AGR<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(A)(II)** |

# ORDER

The Court, having reviewed the above stipulation of the Parties in the matter of *Tassy Rueweler v. Genpact, LLC.*, Case No. 2:25-cv-01072-PA-AGR, IT IS HEREBY ORDERED THAT:

1. The entire action of all parties and all causes of action is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: July 3, 2025           _____
                                             Percy Anderson
                                       United States District Judge